UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:22-cr-9-HLA-PDB
21 U.S.C. § 846

TAWFIQ GOGGANS

### INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about early 2020, through on or about July 2020, in the Middle District of Florida, and elsewhere, the defendant,

TAWFIQ GOGGANS

did knowingly, willfully, and intentionally conspire with other persons known and unknown to the United States, to distribute a controlled substance. The violation involved 50 grams or more of pure/actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and

concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant, TAWFIQ GOGGANS, obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

        ROGER B. HANDBERG
        United States Attorney

By: *Julie Hackenberry*
   Julie Hackenberry
   Assistant United States Attorney

By: *[signature]*
   Frank M. Talbot
   Assistant United States Attorney
   Chief, Jacksonville Division